1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONNY R. ESTRADA, | ) | NO. ED CV 10-1994-AG(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| HEDGEPETH, Warden, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on December 23, 2010. The Petition challenges the criminal judgment in a 1999-2000 San Bernardino Superior Court case (Petition at 2, 5; Attachment to Petition). Petitioner previously challenged this same judgment in a prior habeas corpus petition filed in this Court. See Estrada v. Hedgepeth, ED CV 09-2125-AG(E). On August 5, 2010, this Court entered Judgment in Estrada v. Hedgepeth, ED CV 09-2125-AG(E), denying and dismissing the prior petition with prejudice. The basis for this denial and dismissal was the untimeliness of the prior petition.

///

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996"). Section 2244(b) requires that a petitioner seeking to file a "second or successive" habeas petition first obtain authorization from the court of appeals. See Burton v. Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive authorization from Court of Appeals before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced"). A dismissal of a habeas petition as untimely "constitutes an adjudication on the merits that renders future petitions under § 2254 challenging the same conviction 'second or successive' petitions under § 2244(b)." McNabb v. Yates, 576 F.3d 1028, 1029 (9th Cir. 2009). A petition need not be repetitive to be "second or successive," within the meaning of 28 U.S.C. section 2244(b). See, e.g., Calbert v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008); Miles v. Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007). Petitioner evidently has not yet obtained authorization from the Ninth Circuit Court of Appeals. Consequently, this Court cannot entertain the present Petition. See Burton v. Stewart, 549 U.S. at 157.

///
///
///
///
///

1  For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.
3
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6  DATED: January 28, 2011.
7
8  
9  _____
    ANDREW J. GUILFORD
10  UNITED STATES DISTRICT JUDGE
11
12
13
14 PRESENTED this 3rd day of
15 January, 2011, by:
16
17  _____/S/_____
    CHARLES F. EICK
18 UNITED STATES MAGISTRATE JUDGE