**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONNY R. ESTRADA, | ) | NO. ED CV 10-1994-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| HEDGEPETH, Warden, et al., | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 28, 2011.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE